# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| OLEKSII CHAIKA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01259-JD |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Before the Court is Petitioner Oleksii Chaika's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") [Doc. No. 1]. Respondents filed a Response [Doc. No. 13], to which Petitioner filed a Reply [Doc. No. 14]. Petitioner also filed a Status Report [Doc. No. 10], and a Motion for Expedited Ruling [Doc. No. 15].

Petitioner's Status Report informs the Court that removal proceedings against Petitioner had been terminated without prejudice, but that Petitioner was still detained. [Doc. No. 10 ¶¶ 1–2]; *see also* [Doc. No. 10-1]. Respondents' Response admits the alleged legal defects and "ask[s] the Court to Grant the Petition." [Doc. No. 13 at 2].

The Court notes and confirms via the relevant public information system that Petitioner is still in ICE custody as of this date. *See* U.S. Immigration and Customs Enforcement, *Online Detainee Locator System*, https://locator.ice.gov/odls/#/search (last accessed July 15, 2026); *see also Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . ."). While public records

also indicate removal proceedings have been restarted, Respondents have done nothing to inform the Court of this development or otherwise change their request that the Court grant the Petition. *See* Executive Office of Immigration Review, *Automated Case Information System*, https://acis.eoir.justice.gov/en/caseInformation (last accessed July 15, 2026). Nor do Respondents request that the Court narrow or limit their previously requested scope of relief. On the record before the Court, Respondents do not oppose granting the Petition and ordering release.

Therefore, the Court GRANTS the Motion for Expedited Ruling [Doc. No. 15]. The Court further GRANTS the Petition for Writ of Habeas Corpus [Doc. No. 1], and ORDERS Respondents to secure Petitioner's release from custody within five days of the entry of this Order.

IT IS SO ORDERED this 15th day of July 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE