## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

OLEKSII CHAIKA,                        )
                                       )
              Petitioner,              )
                                       )
v.                                     )        Case No. CIV-26-01259-JD
                                       )
MARKWAYNE MULLIN, et al.,              )
                                       )
              Respondents.             )

## JUDGMENT

In accordance with the Court's Order issued today, the Court grants Petitioner's

Petition for Writ of Habeas Corpus and orders that Respondents secure Petitioner's

release from custody within five (5) days of the Court's Order.

IT IS SO ORDERED this 15th day of July 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE